# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Case No. 21-30480

David Williams,
    Plaintiff – Appellee

v.

Bankers Specialty Insurance Company,
    Defendant - Appellant

On appeal from
The United States District Court
for the Middle District of Louisiana
District Court No. 3:17-cv-01599-BAJ-RLB

**APPELLANT, BANKERS SPECIALTY
INSURANCE COMPANY'S,
OPPOSED RULE 42 MOTION TO DISMISS**

Joseph J. Aguda, Jr.
LSBA No. 27762
NIELSEN & TREAS, LLC
3838 North Causeway Boulevard
Suite 2850
Metairie, Louisiana 70002
Telephone: (504) 837-2500
Facsimile: (504) 603-0730
Email: jaguda@nt-lawfirm.com
Counsel for Appellant, Bankers Specialty
Insurance Company

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal:

1. David Williams – Plaintiff/Appellee

2. Rajan Pandit and Jessie Callahan – Counsel for Plaintiff/Appellee

3. Bankers Specialty Insurance Company – Defendant/Appellant

Bankers Specialty Insurance Company is a wholly owned subsidiary of Bankers Insurance Company. Bankers Insurance Company is a wholly owned subsidiary of Bankers Insurance Group, Inc. Bankers Insurance Group, Inc. is a wholly owned subsidiary of Bankers Financial Corporation. Bankers Financial Corporation is a wholly owned subsidiary of Bankers International Financial Corporation. Bankers International Financial Corporation is a wholly owned subsidiary of Bankers International Financial Corporation, Ltd. No publicly traded company owns ten percent (10%) or more of any of the aforementioned companies' stock or a ten percent (10%) or greater membership interest in Bankers International Financial Corporation, Ltd.

4. Joseph J. Aguda, Jr. of Nielsen & Treas, LLC - Attorney for Defendant/Appellant.

Dated: September 20, 2021

>*/s/ Joseph J. Aguda, Jr.*
>Joseph J. Aguda, Jr.
>Attorney for Defendant/Appellant,
>Bankers Specialty Insurance Company

NOW INTO COURT, through undersigned counsel, comes Appellant, Bankers Specialty Insurance Company ("Bankers" or "Appellant"), a Write-Your-Own Program carrier participating in the United States government's National Flood Insurance Program ("NFIP"), pursuant to the National Flood Insurance Act ("NFIA") of 1968, as amended,[1] and appears herein in its "fiduciary"[2] capacity as the "fiscal agent of the United States,"[3] and at the expense of the United States,[4] and, in accordance with Federal Rule of Appellate Procedure 42, files this Motion to Dismiss, respectfully representing the following:

On July 22, 2021, the U.S. Court for the Middle District of Louisiana issued a Ruling and Order dismissing the matter due to lack of subject matter jurisdiction. (ROA.136-147) A Judgment was entered on July 23, 2021. (ROA.148) Following consultation with the Federal Emergency Management Agency ("FEMA") (the Agency charged by the Congress with administering the NFIP), Appellant timely filed a Notice of Appeal on August 3, 2021. (ROA. 151-152)

After further consultation with FEMA, Appellant no longer intends to prosecute its appeal and therefore moves this Honorable Court for an Order of

---

[1] 42 U.S.C. §4001, *et seq*.
[2] 44 C.F.R. §62.23(f).
[3] 42 U.S.C. §4071(a)(1); *Gowland v. Aetna Cas. & Surety Co.*, 143 F.3d 951, 953 (5th Cir.1998).
[4] 42 U.S.C. §4017(d)(1); *Grissom v. Liberty Mutual Fire Insurance Co.*, 678 F.3d. 397, 399-400, 402 (5th Cir. 2012); Van *Holt v. Liberty Mut. Fire Ins. Co.,* 163 F.3d 161 (3rd Cir. 1998).

Dismissal pursuant to Fed.R.App.P 42.[5] Appellant has not yet filed its Brief due on September 29, 2021, and as such and in consideration of the relief sought herein simultaneously files a Motion to Suspend the Briefing Schedule while the instant motion it heard by the Court. In addition, all fees have been paid and no transcript was ordered as demonstrated in the Appearance Form.

Appellant has consulted with opposing counsel, Raj Pandit, and has been informed that Appellee <u>does not consent</u> to the dismissal of this appeal and an opposition will be filed.

Wherefore, Appellant, Bankers Specialty Insurance Company prays that this Honorable Court dismisses the instant appeal.

Dated: September 20, 2021

---

[5] This matter is related to the following matters pending in the U.S. Fifth Circuit Court of Appeals:

| Case | USCA Case No. |
|---|---|
| *Jerry and Shawn Burkhalter v. Hartford Insurance Company of the Midwest* | 21-30467 |
| *Kozero v. American National Property & Casualty Company* | 21-30468 |
| *Henderson v. American National Property & Casualty Company* | 21-30469 |
| *Jason and Angela Armstrong v. Liberty Mutual Fire Insurance Company* | 21-30471 |
| *Kristy and Michael Poynor v. Liberty Mutual Fire Insurance Company* | 21-30479 |
| *Becky Neal v. Liberty Mutual Fire Insurance Company* | 21-30465 |
| *Phillip James, Jr. and Suzette B. James v. Liberty Mutual Fire Insurance Company* | 21-30473 |
| *Douglas and Laura Bresee v. Liberty Mutual Fire Insurance Company* | 21-30466 |
| *Sheila Smith v. Liberty Mutual Fire Insurance Company* | 21-30472 |
| *Glenn D. Turner and Laura Turner v. American National Property & Casualty Company* | 21-30470 |
| *Troy and Angela Aucoin v. Bankers Specialty Insurance Company* | 21-30481 |

Respectfully submitted,

**NIELSEN & TREAS, LLC**

*/s/ Joseph J. Aguda, Jr.*
Joseph J. Aguda, Jr.
LSBA No. 27762
3838 North Causeway Boulevard
Suite 2850
Metairie, Louisiana 70002
Telephone: (504) 837-2500
Facsimile: (504) 603-0730
Email: jaguda@nt-lawfirm.com
*Counsel for Defendant, Bankers Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

I hereby further certify that I have forwarded a copy of the foregoing via U.S. Mail and/or electronic mail to:

Rajan Pandit
Pandit Law Firm, LLC
701 Poydras Street, Suite 3950
New Orleans, Louisiana 70139
Email: flood@panditlaw.com

*/s/ Joseph J. Aguda, Jr.*
Joseph J. Aguda, Jr.

# **CERTIFICATE OF COMPLIANCE WITH RULE 32(a)**

Certificate of Compliance with Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

    1.    This Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because:

    - this Motion contains 485 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

    2.    This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    - this Motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated: September 20, 2021

                                              */s/ Joseph J. Aguda, Jr.*
                                              Joseph J. Aguda, Jr.
                                              Attorney for Defendant-Appellant,
                                              Bankers Specialty Insurance
                                              Company